AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | |
|---|---|
| (1) JAMES D. MYERS <br> Plaintiff <br> v. <br> (1) USA DRUG & BEAUTY MARKET FRANCHISING SYSTEM, INC. <br> Defendant | Civil Action No. <br> 11 CV - 629 JHP  TLW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

USA DRUG & BEAUTY MARKET FRANCHISING SYSTEM, INC.
c/o RSA
3022 N. MIDLAND DR.
PINE BLUFF, AR 71603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

VICTOR R. WANDRES
PARAMOUNT LAW
115 W. 3RD ST., STE 411
TULSA, OK 74103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Phil Lombardi, Clerk

Date: OCT 1 2 2011

_____
Signature of Clerk or Deputy Clerk