```
DUPLICATE

Court Name: Northern District Oklahoma
Division: 4
Receipt Number: TOK012917
Cashier ID: sturner
Transaction Date: 10/12/2011
Payer Name: KEITH AND ASSOCIATES LEGAL
----------------------------------
CIVIL FILING FEE
 For: KEITH AND ASSOCIATES LEGAL
 Case/Party: D-OKN-4-11-CV-000629-001
 Amount:         $350.00
----------------------------------
CHECK
 Check/Money Order Num: 1346
 Amt Tendered: $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

11-CV-629-JHP-TLW


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  a $45 fee will
be charged for a returned check."
```