# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Oklahoma

Case Number: 11CV-629 JHP TLW

Plaintiff:
(1) JAMES D. MYERS, AN INDIVIDUAL
vs.
Defendant:
(1) USA DRUG & BEAUTY MARKET FRANCHISING SYSTEM, INC., AN ARKANSAS CORPORATION, D.B.A. MAY'S DRUG & DRUG WAREHOUSE

**ORIGINAL AFFIDAVIT**

Received by ACTION PROCESS SERVICE to be served on **USA DRUG & BEAUTY MARKET FRANCHISING SYSTEM, INC. BY SERVING MATTHEW D. WELLS AS GENERAL COUNSEL, 2100 BROOKWOOD DR., LITTLE ROCK, AR 72202-1734**. I, Frances Foster, being duly sworn, depose and say that on the 6 day of February, 2012 at 2:040 p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** in accordance with state statutes in the manner marked below:

(Y) Corporate Service: by serving (name) : Matthew D. Wells
   as (title) General Counsel , (authorized agent).
( ) Registered Agent: _____
( ) Attorney of Record: _____
( ) Authorized Person: _____ as _____

Service Completed at (address): 2100 Brookwood Dr. Little Rock, AR. 72202

( ) Non Served: vacant - unknown by resident - moved - deceased - cancelled
   no longer employed - no such address - out of time - no such person - non est
   This service was attempted at the (circle one)  home - work - both  (address/addresses) provided.

COMMENTS: _____
early                                    Light
Age 30   Sex (M) F   Race W   Height 5'6   Weight 160   Hair Brown   Glasses Y (N)

I have no interest in the above action, I am of legal age, I have proper authority in the jurisdiction in which this service was made and all statements above are true.

x _____
signature

Acknowledged by,

Brittany M Sears
Notary Public

Frances Foster
PROCESS SERVER # 112
Appointed in accordance with State Statutes

My Commission Expires: [Notary Seal: BRITTANY M. SEARS, NOTARY PUBLIC, PULASKI CO., ARKANSAS, MY COMM. EXP. 03-22-2021]

ACTION PROCESS SERVICE
12110 Arch Street
Little Rock, AR 72206
(501) 888-5706

Our Job Serial Number: 2012001243