### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JAMES MYERS, an individual | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| (1) USA DRUG & BEAUTY MARKET | ) |
| FRANCHISING SYSTEM, INC,. an Arkansas | )   CASE NO.: 11 CV-629 JHP TLW |
| corporation, d.b.a. MAY'S DRUG & DRUG | ) |
| WAREHOUSE | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE

COMES NOW Plaintiff, James Myers, by and through his counsel, Victor R. Wandres, and files this Motion for Continuance of the Settlement Conference in this matter, and in support thereof, avers the following:

1. On June 22, 2012, an Order was issued scheduling a Settlement Conference for October 18, 2012, at 9:30 a.m. before the Honorable Paul J. Cleary. See Docket Entry No. 16.

2. In the meantime, the parties have been engaged in discovery but need additional time to conduct discovery in order for the parties to be in the best position to have a meaningful settlement discussion.

3. A limited production of documents was provided to Plaintiff only after Plaintiff filed a Motion to Compel discovery on September 6, 2012. See Docket Entry No. 22. Last week Plaintiff received 5 additional pages of documents which disclosed, for the first time, the names of witnesses crucial to Plaintiff's case. Plaintiff is now waiting for additional electronic documents from Defendant responsive to Plaintiff's Requests for Production of Documents

served June 15, 2012. Additionally, Plaintiff would like to take the deposition of several of Defendant's employees, including those who were only disclosed to Plaintiff last week.

4. Additionally, the Defendant has now advised the court that its corporate representative is unable to attend the Settlement Conference in person and has filed a Motion to Attend by Telephone. See Docket Entry No. 29. Plaintiff objects to Defendant's request. Rescheduling the Settlement Conference will allow the Defendant to attend in person with settlement authority.

5. Accordingly, Plaintiff respectfully requests that the settlement conference be rescheduled.

6. The undersigned has spoken with counsel for Defendant and is authorized to advise the Court that Defendant does not object to this motion or the request to reschedule the settlement conference.

7. Counsel for the Plaintiff has spoken with counsel for the Defendant today regarding this request. Although he didn't think that his client would likely have any opposition to Plaintiff's Motion to Continue, Mr. Harper stated that he has been unable to reach his client and therefore cannot represent whether it does or does not object to this Motion.

For the reasons stated above, Plaintiff respectfully requests that this Honorable Court reschedule the Settlement Conference.

Respectfully Submitted,

/s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
PARAMOUNT LAW
115 W. 3rd St., Ste. 411
Tulsa, OK 74103
(918) 200-9272 voice
(918) 895-9774 fax
victor@paramount-law.net

<u>CERTIFICATE OF SERVICE</u>

I, Victor R. Wandres, state that on October 12, 2012, I caused the foregoing pleading to be electronically served on the party listed below pursuant to the Court's ECF system:

Ryan C. Harper
Holden & Carr
15 E. 5th St.
Suite 3900
Tulsa, OK 74103                                                    <u>/s/ Victor R. Wandres</u>

4